TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Emma Monica

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Emma Monica, | Case No.: 5:14-cv-04659-HRL |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| American Credit Bureau, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 30 days.

The parties hereby further request that this honorable Court provide a period of 60 days within which to complete the settlement and file a dismissal of the action.

By:  /s/  *Trinette G. Kent*
Trinette G. Kent, Esq.
Lemberg Lemberg, LLC
Attorney for Plaintiff, Emma Monica

2

1

**CERTIFICATE OF SERVICE**

2

3

I, the undersigned, certify and declare that I am over the age of 18 years, and

4

not a party to the above-entitled cause. On October 27, 2014, I served a true copy of

5

foregoing document(s): **NOTICE OF SETTLEMENT**.

6

7

**BY ELECTRONIC FILING:** I hereby       **Attorney for Defendants American**

8

certify that on October 27, 2014, a copy    **Credit Bureau, Inc.**
of the foregoing document was filed

9

electronically. Notice of this filing will be

10

sent by operation of the Court's electronic
filing system to all parties indicated on

11

the electronic filing receipt. All other

12

parties will be served by regular U.S.
Mail. Parties may access this filing

13

through the Court's electronic filing

14

system.

15

16

17

I am readily familiar with the firm's practice of collection and processing

18

correspondence for mailing. Under that practice it would be deposited with the U.S.

19

Postal Service on that same day with postage thereon fully prepaid in the ordinary

20

21

course of business. I am aware that on motion of the party served, service is presumed

22

invalid if postal cancellation date or postage meter date is more than one day after the

23

date of deposit for mailing in affidavit.

24

I hereby certify that I am employed in the office of a member of the Bar of this

25

26

Court at whose direction the service was made.

27

Executed on October 27, 2014.

28

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:____/s/   _Trinette G. Kent_____
Trinette G. Kent, Esq.
Lemberg Law, LLC
Attorney for Plaintiff, Emma Monica

4

NOTICE OF SETTLEMENT